| | |
|---|---|
| 796853<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br> Attorneys for Secured Creditor: U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on December 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>MIRA GUGGENHEIM A/K/A MIRA MORGENSTERN GUGGENHEIM A/K/A MIRA MORGENSTERN A/K/A MIRA MORGENSTERN-GUGGENHEIM<br>SAL GUGGENHEIM A/K/A SALLY GUGGENHEIM | Case No: 17-24270 - SLM<br><br>Hearing Date: 11/07/2017<br><br>Judge:  Stacey L. Meisel |

### ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO REINSTATE STAY

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 20, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| MIRA GUGGENHEIM A/K/A MIRA MORGENSTERN GUGGENHEIM A/K/A MIRA MORGENSTERN A/K/A MIRA MORGENSTERN-GUGGENHEIM<br>SAL GUGGENHEIM A/K/A SALLY GUGGENHEIM | CASE NO. 17-24270 - SLM<br><br>CHAPTER 7<br><br>ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO REINSTATE STAY<br><br>HEARING DATE: 11/07/2017 |

Debtors

This Order pertains to the property located at 278 BROOK AVENUE, PASSAIC, NJ 07055-3312, mortgage account ending with "0586";

THIS MATTER having been brought before the Court by, DAVID L. STEVENS, Esquire attorney for Debtors, MIRA GUGGENHEIM, SAL GUGGENHEIM upon the filing of a Motion to Reinstate Stay, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Motion to Reinstate Stay and the parties having subsequently resolved their differences; substance and entry of the within Order; and for other and good cause shown:

1. Debtors' must become post-petition current no later than 11/30/2017 with no further grace period.

2. Debtors' to resume making their regular monthly mortgage payment to Secured Creditor starting with the December, 1 2017 payment. Said payments are subject to a 30-day default clause.